IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on plaintiff Kim Connor Andrews' letter [Doc. # 19, filed 9/5/2006] (the "Letter").  The plaintiff states that the Letter "is in retort to 'Defendant's reply supporting motion to dismiss Plaintiff's Complaint.'"  I construe the Letter as a sur-reply to the defendant's motion to dismiss.

The local rules of this court provide that there shall be a motion, a response, and a reply. D.C.COLO.LCivR 7.1C.  Further briefing is not permitted without leave of court.  The plaintiff has not sought leave to file a sur-reply, nor does it appear that further briefing is necessary.

In addition, the plaintiff has submitted her sur-reply in the form of a letter.  I have already warned the plaintiff that under Rule 7(b), Fed. R. Civ. P., "[t]he rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules."  *Order* [Doc. #10, filed 6/6/06].

IT IS ORDERED that the plaintiff's Letter is STRICKEN.  Should the plaintiff seek leave of court to file a sur-reply, she must submit her request in the form of a motion as required by

Rule 7.  The motion shall explain why a sur-reply is necessary.  In the event the plaintiff is permitted to file a sur-reply, the sur-reply shall be submitted in proper form, not as a letter.

IT IS FURTHER ORDERED that the plaintiff shall cease filing letters with the Court.  All future papers filed with this court must comply with Rule 7(b), Fed. R. Civ. P.

Dated September 6, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge