**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of the United States Magistrate Judge** [#21], filed January 9, 2007. The Magistrate Judge recommends that the defendant's **Motion To Dismiss Plaintiff's Complaint** [#14], filed July 19, 2006, be granted in part and denied in part. I approve and adopt the recommendation.

    Because the plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff has not filed any objections to the recommendation. Therefore, I review the recommendation only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I find none. The

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of the United States Magistrate Judge** [#21], filed January 9, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the defendant's **Motion To Dismiss Plaintiff's Complaint** [#14], filed July 19, 2006, is **GRANTED** as to the plaintiff's claims under Title VII and her claims of retaliation under both Title VII and the American's with Disabilities Act;

3. That under FED. R. CIV. P. 12(b)(1), the plaintiff's claims under Title VII and her claims of retaliation under both Title VII and the American's with Disabilities Act are **DISMISSED** for lack of subject matter jurisdiction; and

4. That the defendant's **Motion To Dismiss Plaintiff's Complaint** [#14], filed July 19, 2006, otherwise is **DENIED**.

Dated February 20, 2007, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  s/ Robert E. Blackburn
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**