IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendant's Partially Unopposed Motion to Amend Scheduling Order** [Doc. # 39, filed 5/23/2007] is GRANTED, and the case scheduling is modified to the following extent:

> The defendant shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 29, 2007**.
>
> **Discovery Cut-Off:** The discovery cut-off is extended to and including **July 30, 2007**, solely to allow the plaintiff to depose the defendant's rebuttal experts.

DATED: May 29, 2007