IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiff's Motion to Amend the Scheduling Order to Allow Plaintiff to Serve Written Discovery Beyond the Deadline Set in the Scheduling Order** [docket no. 46, filed June 13, 2007] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **July 16, 2007**.


DATED:  June 14, 2007