IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Second Motion to Amend the Scheduling Order to Allow Plaintiff to Complete the Deposition of Tonya Andrews Beyond the Deadline Set in the Scheduling Order** [docket no. 49, filed June 27, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Pursuant to my ordered entered June 14, 2007 [docket no. 48], the discovery cut-off is extended to and including **July 16, 2007**.

DATED: June 27, 2007