IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Third Motion to Amend the Scheduling Order to Allow Plaintiff to Serve Written Discovery Beyond the Deadline Set in the Scheduling Order** [Doc. # 52, filed 7/13/2007] (the "Motion").  I heard argument on the Motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.  Discovery is extended solely to allow the plaintiff to serve Requests for Production 8, 9, and 10 [Doc. # 52-2].

IT IS FURTHER ORDERED that the defendant shall respond to Requests for Production 8, 9, and 10 on or before **August 17, 2007**.

Dated August 10, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge