**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

**MINUTE ORDER**[1]

    The matter before the court on the **Plaintiff's Motion for Leave To File Response To Defendant's Supplemental Citation on Motion for Summary Judgment** [#71], filed September 26, 2007.  The motion is **GRANTED**.  Plaintiff may file a memorandum in response to the defendant's supplemental citation on the motion for summary judgment.  This response shall not exceed two (2) pages.

    Dated:  September 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.