IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.
_____

## ORDER
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consequently,

IT IS ORDERED that a supplemental final pretrial conference is set for **October 9, 2007, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall submit, on or before **October 5, 2007**, a revised proposed final pretrial order modified as discussed on the record this afternoon.

Dated September 28, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge

1