**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

**MINUTE ORDER**[1]

    The matter before the court on **Defendant's Unopposed Motion for Leave To File Reply To Plaintiff's Memorandum in Response To Defendant's Supplemental Citation** [#76], filed October 1, 2007.  The motion is **GRANTED**, and **Defendant's Reply To Plaintiff's Memorandum in Response To Defendant's Supplemental Citation**, attached as an exhibit to the motion, is accepted for filing.

    Dated:  October 1, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.