**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00844-REB-BNB

KIM CONNOR ANDREWS,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiff's Motion To Stay Execution of Judgment and Approval of Supersedeas Bond** [#100] filed December 21, 2007. The motion is **DENIED** as moot.

    Dated: September 2, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.